**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NOOR AHMED SALIM, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
|       v. | ) Cause No.: 1:26-cv-04107 |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC; | ) |
| and EDLY, INC., | ) |
| | ) |
|       Defendants. | ) |

**<u>AGREED MOTION TO SET ASIDE CLERK'S DEFAULT AND FOR EXTENSION OF
TIME TO RESPOND TO THE COMPLAINT</u>**

Pursuant to Fed. R. Civ. P. 6(b) and 55(c), Defendant Edly, Inc., ("Edly") and Plaintiff
Noor Ahmed Salim ("Plaintiff") (collectively the "Parties"), respectfully request that the Court set
aside the Clerk's default that was entered on May 19, 2026 [ECF No. 16] against Edly, as well as
grant an extension of time for the Edly to respond to Plaintiff's Complaint [ECF No. 1]. Edly
requests an additional twenty-eight (28) days to respond, up through and including **<u>July 2, 2026</u>**.
In support of this Motion, the Parties state:

1.      Plaintiff filed his Complaint on April 13, 2026 [ECF No. 1]. Edly was served on
April 17, 2026.  Accordingly, Edly's response to the Complaint was due on May 8, 2026.

2.      On May 18, 2026, Plaintiff moved for a clerk's default against Edly [ECF No. 15]
which was entered by the Clerk on May 19, 2026 (ECF No. 16].

3.      On June 3, 2026, counsel for Edly conferred with Plaintiff's counsel regarding
vacating the clerk's default and granting Edly additional time to respond to the Complaint.

Plaintiff's counsel confirmed that Plaintiff was not opposed to such relief while the parties begin early resolution discussions.

4. Accordingly, the Parties bring this Motion pursuant to Fed. R. Civ. P. 6(b)(1)(B) and 55(c) and respectfully request that the Court set aside the Clerk's default and grant Edly a brief twenty-one (28) day extension of time to respond to the Complaint, up through and including July 2, 2026, in accordance with the parties' agreement on same. This is the first extension Edly has requested in this matter.[1]

5. The parties also respectfully request that the deadline to exchange initial disclosures be extended twenty-eight (28) days to July 2, 2026.

6. This relief is necessary, as Edly is still in the process of investigating the facts alleged in the Complaint and need additional time to complete their investigation to adequately respond to the Complaint and exhaust early resolution discussions.

7. Undersigned counsel for Edly was only retained to by Edly on June 3, 2026, after the default was entered and was unable to seek an extension prior to, pursuant to Fed. R. Civ. P. 6(b)(1)(B).

8. Based on the foregoing, Defendant has established excusable neglect.

9. Pursuant to Fed. R. Civ. P. 55(c), Edly states that good cause exists to set aside the Clerk's default for the same reasons stated in paragraphs 3 through 6 above.

10. Based on the foregoing, pursuant to Fed. R. Civ. P. 6(b)(1)(B) and 55(c), Edly has demonstrated good cause to set aside the Clerk's defaults and extend Edly's time to respond to the Complaint. Moreover, no party will be prejudiced by the relief requested in this Motion, the relief is unopposed, and the Motion is not filed for purposes of delay.

---

[1] By filing this motion, Edly does not waive, and specifically reserves its right to compel arbitration, and other defenses under Fed. R. Civ. P. 12.

Therefore, Defendant Edly respectfully requests that the Court enter an Order setting aside the Clerk's default in this case and extending Edly's time to file its responses to Plaintiff's Complaint, and to serve its initial disclosures, by twenty-eight (28) days, through and including **July 2, 2026.**

Dated:  June 4, 2026                    Respectfully submitted,

                              **HOLLAND & KNIGHT LLP**

                              By:  _/s/ Salah Fahmy_
                                 Salah Fahmy
                                 Christopher R. Murphy
                                 150 N. Riverside Plaza, Ste. 2700
                                 Chicago, IL  60606
                                 Telephone: (312) 263-3600
                                 Email: Salah.fahmy@hklaw.com
                                 Email: Chris.murphy@hklaw.com

                                 _Attorneys for Defendant Edly, Inc._

                                 _/s/ G. Thomas Martin, III_
                                 G. Thomas Martin, III, CA Bar No. 218456
                                 **CONSUMER JUSTICE LAW FIRM**
                                 16130 Ventura Boulevard, Suite 300
                                 Encino, California 91436
                                 T: (323) 375-5151
                                 F: (480) 613-7733
                                 E: tmartin@consumerjustice.com

                                 David A. Chami, AZ No. 027585
                                 **CONSUMER JUSTICE LAW FIRM**
                                 8095 North 85th Way
                                 Scottsdale, Arizona 85258
                                 T: (480) 626-2359
                                 E: dchami@consumerjustice.com
                                 _Attorneys for Plaintiff Noor Ahmed Salim_

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the above and foregoing has been served upon counsel of record by CM/ECF Notification on this 4th day of June, 2026.

By: /s/ *Salah Fahmy*
Salah Fahmy