## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division


Noor Ahmed Salim

                          Plaintiff,

v.

                                        Case No.: 1:26–cv–04107
                                        Honorable Manish S. Shah

Equifax Information Services, LLC, et al.

                          Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, June 5, 2026:


      MINUTE entry before the Honorable Manish S. Shah: The motion to vacate default [20] is granted, and no appearance is necessary. The order of default against defendant Edly is vacated. Edly has until 7/2/26 to respond to the complaint. Edly must provide initial disclosures by 7/23/26 and the fact discovery deadline for all parties remains 11/20/26. The parties' status report on discovery remains due 9/10/26. Notices Mailed. (psm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.