**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NOOR AHMED SALIM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No.: 1:26-cv-04107 |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC; | ) |
| and EDLY, INC., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT EDLY, INC.'S SECOND UNOPPOSED**
**MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Edly, Inc., ("Edly") respectfully requests that the Court extend the deadline by which Edly must answer or otherwise respond to the Complaint of Plaintiff Noor Ahmed Salim ("Plaintiff") by twenty-one (21) days, through and including July 23, 2026. In support of this motion, Edly states as follows:

1. Plaintiff filed his Complaint on April 13, 2026 [ECF No. 1]. Edly was served on April 17, 2026. Edly's response to the Complaint was due on May 8, 2026

2. On June 5, 2026, the Court entered an order granting Edly an extension until July 2, 2026 to respond to Plaintiff's Complaint.

3. Edly's current deadline to respond to the Complaint is currently July 2, 2026, and, as such, has not yet expired. *Id.*

4. Edly now respectfully requests an extension of time to respond to the Complaint by twenty-one (21) days from current deadline, by and through July 23, 2026.

5. Good cause exists for the Court to grant this motion. Edly is investigating the allegations in the Complaint and requires additional time to further its investigation in order to

properly respond. Additionally, the parties are actively discussing potential resolution of the claims. The additional time will allow the parties to explore potential resolution prior to incurring legal spend on responsive pleadings.

6.      This is Edly's second request for an extension in this matter.  This request is brought in good faith and not made to unnecessarily delay discovery or the proceedings in this matter. Granting this motion is in the interest of judicial economy.

7.      Plaintiff consents to the requested extension.

8.      No party will be prejudiced by the requested extension nor, respectfully, will the extension unduly burden the Court.

**WHEREFORE**, Defendant Edly, Inc. respectfully requests that the Court grant its Second Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, extending its deadline to answer or otherwise plead in response to the Complaint through July 23, 2026.

Dated: June 25, 2026                    Respectfully submitted,

**EDLY, INC.**

By:  */s/ Salah Fahmy*
One of Its Attorneys

Salah Fahmy
Christopher R. Murphy
150 N. Riverside Plaza, Ste. 2700
Chicago, IL  60606
Telephone: (312) 263-3600
Email: Salah.fahmy@hklaw.com
Email: Chris.murphy@hklaw.com

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above and foregoing has been served upon counsel of record by CM/ECF Notification on this 25th day of June, 2026.

By: /s/ *Salah Fahmy*
Salah Fahmy