**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**


Noor Ahmed Salim

                                          Plaintiff,

v.                                                        Case No.: 1:26–cv–04107
                                                          Honorable Manish S. Shah

Equifax Information Services, LLC, et al.

                                          Defendant.

_____


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, June 26, 2026:


       MINUTE entry before the Honorable Manish S. Shah: The motion for extension of
time [24] is granted, and no appearance. Edly's response to the complaint is due 7/23/26.
The parties' status report is due 9/10/26. Notices Mailed. (psm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.